FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2022

No. 04-22-00119-CR

Timothy Cantu **DEL RIO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR5483
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

Appellant's brief was originally due August 10, 2022. On August 15, 2022, counsel for appellant moved for a thirty-day extension to September 9, 2022. The motion was granted. On September 9, 2022, appellant's counsel sought a second extension of time, to October 10, 2022. On September 12, 2022, this court granted the motion. Counsel was cautioned that the court does not ordinarily grant extensions of more than sixty days beyond the original due date. 4TH TEX. APP. (San Antonio) LOC. R. 8, Notes and Comments.

On October 12, 2022, appellant's counsel filed a motion for a third extension of time to file appellant's brief, requesting until November 9, 2022. The motion is **granted in part**. We **order** Cathy S. Compton to file appellant's brief by **November 8, 2022**. Counsel is advised that no further extensions of time will be granted absent a motion, filed by the date the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance. If the brief or a conforming motion is not filed by the date ordered, the court may abate this appeal and remand the case to the trial court for a hearing to determine whether appellant or his counsel has abandoned the appeal.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of October, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court